FILED
2013 JAN 16 PM 4:25
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAC DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE DANILO, <br><br> Defendant. | NO. CV 12-10881-UA (DUTYx) <br><br> **ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On December 21, 2012, Defendant, having been sued in an unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") of that action to this Court and also filed a request to proceed *in forma pauperis*. The Court has denied the latter request under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Defendant seeks removal of an unlawful detainer action for which judgment has already been entered in favor of Plaintiff on November 5, 2012, and an appeal filed by Defendant on December 4, 2012. (Notice, Ex. A.) When a

plaintiff has been granted judgment, there is no case to remove. *See U.S. Bank Nat'l Ass'n v. Ramirez*, 2010 WL 4736318, *1 (C.D. Cal. 2010); *Bank of New York Mellon v. Grimes*, 2012 WL 2238015, *2 (N.D. Cal. 2012) (same); *Deutsche Bank Nat'l Trust Co. v. Poda*, 2012 WL 2792454, *2 n.1 (N.D. Cal. 2012) (same); *see also Four Keys Leasing & Maintenance Corp. v. Simithis*, 849 F.2d 770, 774 (9th Cir. 1988) ("[I]t would be a perversion of the removal process to allow a litigant who is subject to a final judgment to remove that final judgment to the federal courts for further litigation.").

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, Pasadena Courthouse, 300 East Walnut Street, Pasadena, CA 91101; and (2) the Clerk send a certified copy of this Order to the state court.

DATED: 1/11/13

GEORGE H. KING
United States District Judge